UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MEBRHATO W. TSEHAI,

          Plaintiff,

v.

ALBERTO R. GONZALEZ et al,

          Defendant.
_____/

Case Number: CV07-03583 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mebrahtu Woldai Tsehai #A-27972293
Eloy Detention Center
1750 East Hanna Road
Eloy, AZ 85231

Dated: July 19, 2007

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk