IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEBRHATO W. TSEHAI,                                    No. CV 07-03583 CRB ,

       Plaintiff,

  v.                                                      **JUDGMENT IN A CIVIL CASE**

ALBERTO R. GONZALEZ,

       Defendant.

_____/

    ()  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendant.

Dated: July 19, 2007                                    Richard W. Wieking, Clerk

                                     By:_____
                                     Deputy Clerk