UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MEBRHATO W. TSEHAI,

        Plaintiff,

  v.

ALBERTO R. GONZALEZ et al,

        Defendant.

                          /

Case Number: CV07-03583 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mebrahtu Woldai Tsehai #A-27972293
Eloy Detention Center
1750 East Hanna Road
Eloy, AZ 85231

Dated: August 16, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk