**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 22, 2007

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-03583 CRB**

**CASE TITLE: MEBRHATO W. TSEHAI-v-ALBERTO R. GONZALEZ**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the Order denying Certificate of Appealability, the Certified Docket Sheet, and the complete File in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Simone Voltz*

by: Simone Voltz
Case Systems Administrator

cc: Counsel of Record