**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**RECEIVED**

AUG 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
General Court Number
415.522.2000

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### RECORD TRANSMITTAL FORM

**Date:**

**To:** United States Court of Appeals
For the Ninth Circuit/Records Unit
95 Seventh Street
San Francisco, CA 94103

( ) Check here if record is being
sent directly to a Judge

**From:**

*07-16528*

**DC No:** ___C 07-3583 CRB___   **Appeal No:** _____

**Short Title:** _Tsehai v. Gonzalez_

**Composition of Record**

Clerk's Files in __1__ volumes        (X) original        ( ) certified copy

Bulky docs. ___ volumes (folders)     docket#_____

Reporter's
Transcripts   in _____ volumes       ( ) original        ( ) certified copy

Exhibits:    in _____ envelopes      ( ) under seal
             in _____ boxes          ( ) under seal

**Other:**_____
_____
_____

(please note any documents filed under seal)

**Acknowledgment:** _Kwok Wong_        **Date:** _8/28/07_