**FILED**

JUN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 30 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MEBRAHTU WOLDAI TSEHAI,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>ALBERTO R. GONZALEZ,<br><br>    Respondent - Appellee. | No. 07-16528<br><br>D.C. No. CV-07-03583-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:   KOZINSKI, Chief Judge, and BYBEE, Circuit Judge.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

NJ/COA